## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: Salinda Williams | ) | **CASE NO. 18-40123** |
| | ) | |
| **Debtor** | ) | **HON. RUSS KENDIG** |
| | ) | |
| | ) | **CHAPTER 13** |
| | ) | |
| | ) | **MOTION TO RE-INSTATE** |
| | ) | **CHAPTER 13** |

COMES NOW Salinda Williams, (" the DEBTOR"), who for the MOTION TO RE-INSTATE the Chapter 13 says as follows:

1. DEBTOR filed for protection under Chapter 13 of Title 11 of the United States Code on January 25, 2018;

2. DEBTOR'S Chapter 13 was dismissed on November 5, 2018;

3. DEBTOR is desirous of converting to a Chapter 7.

WHEREFORE, the DEBTOR respectfully requests that this Court re-instate the Chapter 13 for the purpose of allowing the DEBTOR to convert to Chapter 7.

Respectfully submitted,

**ROBERT A. CIOTOLA CO., L.P.A.**

**/s/Robert A. Ciotola**
**ROBERT A. CIOTOLA (#0012487)**
**Attorney for Debtor(s)**
**3701 Boardman-Canfield Road, Unit 1**
**Canfield, OH 44406**
**(330) 533-8885**

## CERTIFICATE OF SERVICE

I certify that on November _19_, 2018, a true and correct copy of this Motion to Reinstate was served:

Via the Court's Electronic Case Filing System to the U.S. Trustee and these entities and individuals who are listed on the Court's Electronic Mail Notice List:
Michael A. Gallo, on behalf of the Chapter 13 Trustee's Office at mgallo@trustee.com, mgallo@ecf.epiqsystems.com;

And by regular U.S. mail, postage prepaid, on:
Salinda Williams, 34 Eleventh Street, Campbell, OH 44405;
All creditors on the attached matrix

/s/ Robert A. Ciotola
ROBERT A. CIOTOLA
Attorney for Debtor(s)
3701 Boardman-Canfield Road, Unti 1
Canfield, OH 44406
(330) 533-8885
rac@raciotola.com

Label Matrix for local noticing
0647-4
Case 18-40123-rk
Northern District of Ohio
Youngstown
Tue Nov 13 14:13:52 EST 2018

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bankruptcy Court
Federal Building & US Courthouse
10 East Commerce Street
Youngstown, OH 44503-1693

Ashford
Williams & Fudge
PO Box 11590
Rock Hill, SC 29731-1590

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Central Credit Services
9550 Regency Square Blvd.
Jacksonville, FL 32225-8169

Century Link
111 Missouri Blvd. Ste. B
Jefferson City, MO 65109-4773

Chase
PO Box 15298
Wilmington, DE 19850-5298

Cleveland Public Power
1300 Lakeside Ave. E
Cleveland, OH 44114-1135

Comenity Capital Bank/Paypal Credit
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121-3132

Contract Callers, Inc.
501 Greene Street
3rd Floor, Ste. 302
Augusta, GA 30901-4415

Credit Protection Association
13355 Noel Road, Ste. 2100
Dallas, TX 75240-6837

Department Stores National Bank
Citibank, N.A.
701 East 60th Street North
Sioux Falls, SD 57104-0493

Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

(p)FIRSTENERGY CORPORATION
PO BOX 16001
READING PA 19612-6001

First Energy Solutions
6836 Brecksville Rd.
PO Box 509
Richfield, OH 44286-0509

(p)FIRST SAVINGS BANK
PO BOX 5096
SIOUX FALLS SD 57117-5096

JC Penney
PO Box 965007
Orlando, FL 32896-5007

Los Portales Appartments
301 S. Prudence Rd.
Tucson, AZ 85710-5055

MABT Continental Finance
PO Box 8099
Newark, DE 19714-8099

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Macy's
PO Box 8218
Mason, OH 45040-8218

Merrick Bank
PO Box 1500
Draper, UT 84020-1500

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

My Place
Comenity Capital Bank
PO Box 182120
Columbus, OH 43218-2120

New York & Co.
PO Box 182789
Columbus, OH 43218-2789

Ohio Edison
5001 NASA Blvd
Fairmont, WV 26554-8248

Pay Pal
PO Box 965005
Orlando, FL 32896-5005

Pima Federal Credit Union
PO Box 50267
Tucson, AZ 85703-1267

Pima Federal Credit Union
c/o Steven M. Cox
5210 E. Williams Circle
Suite 800
Tucson, AZ 85711-4482

Plain Green Loans
3 Mack Rd., Ste. 600
PO Box 600
Box Elder, MT 59521

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Professional Colllections Service
140 S. Camino Seco Ste. 303
Tucson, AZ 85710-4485

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Rise
4150 International Plaza Ste. 400
Fort Worth, TX 76109-4819

SCI Agency
2700 E. Settice Way, Ste. 4
Post Falls, ID 83854-6387

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Victoria's Secret
PO Box 182789
Columbus, OH 43218-2789

Walmart
PO Box 965024
Orlando, FL 32896-5024

Michael A. Gallo
5048 Belmont Avenue
Youngstown, OH 44505-1020

Robert A. Ciotola
7701 Boardman Canfield Road Unit 1
Canfield, OH 44406-8016

Salinda Jean Williams
34 Eleventh Street
Campbell, OH 44405-1708

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

First Energy
1910 W. Market Street
Akron, OH 44313

First Savings Bank
5501 S. Broadband Lane
Sioux Falls, SD 57108

(d)First Savings Credit Card
500 East 60th Street N
Sioux Falls, SD 57104

Portfolio Recovery
120 Corporate Blvd.
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

US BANK
PO BOX 790179
ST. LOUIS, MO 63179-0409

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients     43
Bypassed recipients      1
Total                   44